NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OCEAN INNOVATIONS, INC. (FORMERLY KNOWN AS JET DOCK LICENSING, INC.) AND JET DOCK SYSTEMS, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**GULF COAST FLOATING DOCKS, INC., AND RICHARD HILL (DOING BUSINESS AS ECO-DOCK),**
*Defendants,*

AND

**DIVERSIFIED WHOLESALE MARINE, INC. (DOING BUSINESS AS SAILORMAN),**
*Defendant,*

AND

**ERA MARINE PRODUCTS, INC., VERSADOCK, ROY AHERN, AND GEORGE DABROWSKI (DOING BUSINESS AS PIC MARINE),**
*Defendants-Appellants.*

---

2011-1582, -1614, -1634

---

Appeals from the United States District Court for the Northern District of Ohio in case no. 03-CV-0913, Judge John R. Adams.

---

**OCEAN INNOVATIONS, INC. (FORMERLY KNOWN AS JET DOCK LICENSING, INC.) AND JET DOCK SYSTEMS, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**GULF COAST FLOATING DOCKS, INC., AND RICHARD HILL (DOING BUSINESS AS ECO-DOCK),**
*Defendants,*

AND

**DIVERSIFIED WHOLESALE MARINE, INC. (DOING BUSINESS AS SAILORMAN),**
*Defendant-Appellant,*

AND

**ERA MARINE PRODUCTS, INC., VERSADOCK, ROY AHERN, AND GEORGE DABROWSKI (DOING BUSINESS AS PIC MARINE),**
*Defendants.*

---

2011-1548, -1564

---

Appeals from the United States District Court for the Northern District of Ohio in case no. 03-CV-0913, Judge John R. Adams.

---

**ON MOTION**

## O R D E R

Ocean Innovations, Inc., Jet Dock Systems, Inc. and Diversified Wholesale Marine, Inc. move to voluntarily dismiss their appeal 2011-1548 and their cross-appeal 2011-1564.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2011-1548 and 2011-1564 is granted. The revised official caption in 2011-1582, -1614, -1634 is reflected above. The appellants' opening brief in 2011-1582, -1614, -1634 is due on March 16, 2012.

(2) Each side shall bear its own costs in 2011-1548 and 2011-1564.

(2) All other pending motions are moot.

FOR THE COURT

FEB 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gordon D. Kinder, II, Esq.
    Pierre H. Bergeron, Esq.
    Vytas M. Rimas, Esq.

s21

Issued As A Mandate (As To 2011-1548, -1564 Only): FEB 0 1 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 1 2012

JAN HORBALY
CLERK